USDC- BALTIMORE
'24 APR 24 PM12:26

LNE 4.15.24
LDK: USAO# 2024R00027

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. DKC 24 cr 134 |
| | * | |
| CHARLES EDWARDS, | * | **(Possession with the Intent to Distribute Controlled Substances, 21 U.S.C. § 841(a)(1); Possession of a Firearms and Ammunition by a Prohibited Person, 18 U.S.C. § 922(g); Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924 (c); Forfeiture, 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c))** |
| Defendant. | * | |

****

**INDICTMENT**

**COUNT ONE**
**(Possession with Intent to Distribute Controlled Substances)**

The Grand Jury for the District of Maryland further charges that:

On or about December 11, 2023, in the District of Maryland, the defendant,

**CHARLES EDWARDS**

did knowingly and intentionally possess with the intent to distribute a quantity of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (AKA fentanyl), a schedule II controlled substance and heroin, a schedule I controlled dangerous substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

**COUNT TWO**
**(Possession of Firearms and Ammunition by a Prohibited Person)**

The Grand Jury for the District of Maryland further charges that:

On or about December 11, 2023, in the District of Maryland, the defendant,

**CHARLES EDWARDS**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Glock, model 43, 9x19 caliber pistol, bearing serial number ACAU430; and approximately 7 rounds of 9mm ammunition; and the firearm and ammunition were in and affecting commerce.

18 U.S.C. § 922(g)(1)

**COUNT THREE**
**(Possession of a Firearm in Furtherance of Drug Trafficking)**

The Grand Jury for the District of Maryland further charges that:

On or about December 11, 2023, in the District of Maryland, the defendant,

**CHARLES EDWARDS**

did knowingly possess firearm, that is, a Glock, model 43, 9x19 caliber pistol, bearing serial number ACAU430, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841, as alleged in Count One of this Indictment, which is incorporated herein by reference.

18 U.S.C. § 924(c)
18 U.S.C. § 2

**FORFEITURE ALLEGATION**

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), in the event of the defendant's conviction under Counts One through Three of this Indictment.

**Narcotics Forfeiture**

2. Upon conviction of the offense alleged in Count One, the defendant,

**CHARLES EDWARDS,**

shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a):

a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense; and

b. any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

**Firearms and Ammunition Forfeiture**

3. Upon conviction of the offense(s) alleged in Counts Two or Three of this Indictment, the defendant,

**CHARLES EDWARDS,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in such offense(s).

**Property Subject to Forfeiture**

4. The property to be forfeited includes, but is not limited to:

a. a forfeiture money judgment in the appropriate amount;

b. a Glock, model 43, 9x19 caliber pistol, bearing serial number ACAU430; and

c. approximately seven rounds of 9mm ammunition.

**Substitute Assets**

5. If, as a result of any act or omission of the defendant, any of the property described above as being subject to forfeiture:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

18 U.S.C. § 924(d)
21 U.S.C. § 853
28 U.S.C. § 2461(c)

Erek L. Barron /LDK
Erek L. Barron
United States Attorney

SIGNATURE REDACTED
Foreperson

04-24-24
Date